United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JAMES K. CHAMBERS § § § § | |
| VS. § | MISC. ACTION NO. 7:15-MC-138 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § JUSTICE, *et al.* § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff James K. Chambers's civil rights complaint pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 29 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983 should be **DISMISSED** for failure to prosecute.

The Clerk shall send a copy of this Order to the Plaintiff.

SO ORDERED November 10, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge